IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA
INDIANS OF WISCONSIN, BAD RIVER BAND OF
THE LAKE SUPERIOR TRIBE OF CHIPPEWA
INDIANS OF THE BAD RIVER RESERVATION,
LAC COURTE OREILLES BAND OF LAKE SUPERIOR
CHIPPEWA INDIANS OF WISCONSIN,
LAC DU FLAMBEAU BAND OF LAKE SUPERIOR
CHIPPEWA INDIANS OF THE LAC DU FLAMBEAU
RESERVATION OF WISCONSIN,
ST. CROIX CHIPPEWA INDIANS OF WISCONSIN,
and SOKAOGON CHIPPEWA COMMUNITY,

     Plaintiffs,

  v.

PRESTON D. COLE, FREDERICK PREHN,
GREGORY KAZMIERSKI, BILL SMITH,
SHARON ADAMS, WILLIAM BRUINS,
TERRY HILGENBERG, and MARCY WEST,

     Defendants.

ORDER

21-cv-597-jdp

On October 29, 2021, the court held an evidentiary hearing on plaintiffs' motion to preliminarily enjoin Wisconsin's fall 2021 wolf hunt. The fall hunt has already been enjoined by a state court in *The Great Lakes Wildlife Alliance et al. v. Wisconsin Natural Resources Board et al.*, No. 21-CV-2103 (Dane Cty. Cir. Ct.). In light of the state-court injunction, plaintiffs cannot show that they would suffer irreparable harm without a federal injunction, and thus I will deny plaintiffs' motion without prejudice.

The parties are directed to inform the court immediately if the state-court injunction is lifted. Defendants are also directed to inform the court of any changes to the rules governing

the wolf hunt.  Other than the update on the wolf hunt rules, the court has all the information

it needs to issue a prompt ruling on plaintiffs' motion, should it become necessary.


Entered November 1, 2021.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge