

STATE OF WISCONSIN
DEPARTMENT OF JUSTICE

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857

April 21, 2022

The Honorable James D. Peterson
Chief Judge, U.S. District Court
Western District of Wisconsin
120 North Henry St.
Madison, WI, 53703

    Re:   *Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin, et al. v. Preston D. Cole, et al.*,
Case No. 3:21-cv-597-JDP

Dear Judge Peterson:

    This Court directed the parties to inform it immediately if the state-court injunction in *Great Lakes Wildlife Alliance, et al. v. Wisconsin Department of Natural Resources, et al.*, Case No. 21-CV-2103 (Dane Cty. Cir. Ct.), is lifted. (Dkt. 43.) I write to notify the Court that on April 20, 2022, the parties in *Great Lakes Wildlife Alliance* submitted for filing a stipulated dismissal of the case, which was accepted for filing by the state court on April 21, 2022. This stipulated dismissal will operate to lift the state court's injunction. It is attached.

    I also note that the statutory period for the 2021–22 wolf harvest expired at the end of February 2022. Wis. Stat. § 29.185(5)(a). And as Defendants have advised this Court, (Dkt. 55), if Plaintiffs have not voluntarily dismissed this action by the time of the adjourned scheduling conference on April 29, 2022, we plan to ask the Court to set a briefing schedule on a motion to dismiss.

Sincerely,

ERIC J. WILSON
Deputy Attorney General of Wisconsin

s/Hannah S. Jurss
Hannah S. Jurss
Assistant Attorney General
State Bar #1081221

Attorneys for Defendants

Case: 3:21-cv-00597-jdp Document #: 56 Filed: 04/21/22 Page 2 of 3

FILED
04-20-2022
CIRCUIT COURT
DANE COUNTY, WI
2021CV002103

STATE OF WISCONSIN        CIRCUIT COURT        DANE COUNTY
BRANCH 9

GREAT LAKES WILDLIFE ALLIANCE,
PROJECT COYOTE, ANIMAL
WELLNESS ACTION,
THE CENTER FOR HUMANE
ECONOMY, and PATRICK R. CLARK,                Case No. 21-CV-002103

    Petitioners,

    v.

WISCONSIN DEPARTMENT OF
NATURAL RESOURCES and PRESTON
COLE,

    Respondents.

## STIPULATED DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE

The parties, by their undersigned counsel, hereby stipulate to the dissolution of the temporary injunction entered by this Court on October 28, 2021, and to the dismissal of the above-captioned matter without prejudice pursuant to Wis. Stat. § 805.04(1). The parties shall bear their own attorneys' fees and costs.

Dated this 19th day of April 2022.

                        Attorneys for Petitioners

                        By: _____

Jessica L. Blome
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
(641) 431-0478
jblome@greenfirelaw.com
*Admitted Pro Hac Vice*

Joseph S. Goode
State Bar No. 1020886
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago St.
Suite 200
Milwaukee, WI 53202
(414) 312-7003
jgoode@llgmke.com

Claire Loebs Davis
ANIMAL & EARTH ADVOCATES
2226 Eastlake Ave. E
Suite 101
Seattle, WA 98102
(206) 601-8476
claire@animalearthlaw.com
*Admitted Pro Hac Vice*


*Attorney for Respondents*

Electronically signed by:

 Hannah S. Jurss

HANNAH S. JURSS
Assistant Attorney General
State Bar #1081221
Wisconsin Department of Justice
PO Box 7857
Madison, WI, 53707-7857
(608) 266-8101
jursshs@doj.state.wi.us

2